IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| EUGENE WALKER, | * |
| Plaintiff, | * |
| v. | Case No.   7:21-CV-48(HL) |
| | * |
| DOMINICK TYLER, | |
| | * |
| Defendant. | |
| _____ | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated September 13, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of September, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk